NUMBER 13-05-375-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG 

_______________________________________________________

 

YOLANDA
CASTANEDA D/B/A 

Y. CASTANEDA BAIL BONDS,        Appellant,

 

                                           v.

 

THE
STATE OF TEXAS,                                              Appellee.

_______________________________________________________

 

                  On appeal from the 92nd  District Court

                           of Hidalgo
County, Texas.

_______________________________________________________

 

                     MEMORANDUM OPINION

 

                Before
Justices Hinojosa, Yañez, and Garza

Memorandum
Opinion Per Curiam

 








Appellant, YOLANDA
CASTANEDA D/B/A Y. CASTANEDA BAIL BONDS, perfected an appeal from a
judgment entered by the 92nd District Court of Hidalgo
County, Texas, in cause number CR-2929-03-A(N).  After the notice of appeal was filed,
appellant filed a motion to dismiss the appeal. 
In the motion, appellant states that this case has been resolved and
appellant no longer wishes to prosecute this appeal.  Appellant requests that this Court dismiss
the appeal.

The Court, having
considered the documents on file and appellant=s motion to dismiss the appeal, is of the opinion
that the motion should be granted. 
Appellant=s motion to dismiss is
granted, and the appeal is hereby DISMISSED.

PER CURIAM

Memorandum Opinion delivered and 

filed this the 16th day of February,
2006.